In re Marriage of Catherine MAR-ZETTE, Petitioner-Respondent,

v.

Willie MARZETTE, Sr., Respondent-Appellant.

No. 46214.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 29, 1983.

Gregg W. Keegan, St. Louis, for respondent-appellant.

Arthur Friedman, Robert Herman, St. Louis, for petitioner-respondent.

ORDER

PER CURIAM:

Respondent-Appellant appeals from a judgment of the Circuit Court of the City of St. Louis in an action for the dissolution of the marriage of the parties wherein the marriage was dissolved, the marital property divided, and an award of attorney's fees made to petitioner.

No error of law appearing, and this court having determined that an opinion would have no precedential value, the judgment of the trial court is affirmed in compliance with Rule 84.16(b).

CAPE MERCANTILE BANK AND TRUST COMPANY, Respondent,

v.

Peggy J. KING, Thomas L. Tinsley and Four Leaf Corporation, Appellant.

No. 46666.

Missouri Court of Appeals, Eastern District, Southern Division.

Nov. 29, 1983.

Downs, Johnson & Montgomery, Gerald H. Johnson, Cape Girardeau, for appellant.

John L. Oliver, Jr., Oliver, Oliver, Waltz & Cook, P.C., Cape Girardeau, for respondent.

CRIST, Judge.

The trial court granted summary judgment in plaintiff's favor as to Count II of its petition seeking recovery against defendants King and Tinsley as personal guarantors for defaulted loans made to defendant Four Leaf Corporation.

The record before us discloses no disposition of plaintiff's Count I against Four Leaf. Insofar as the summary judgment did not dispose of all parties and all issues presented to the court below, we dismiss this appeal as premature. *Bolin v. Farmers Alliance Mutual Insurance Co.,* 549 S.W.2d 886 (Mo. banc 1977).

Appeal dismissed.

DOWD, C.J., and SNYDER, J., concur.